# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134024

TINA LEE ELLIS, a/k/a
TINA LEE APOLONIO-CANDELARIO,
      Plaintiff-Appellee,

v

                                SC: 134024
                                COA: 275832
                                Kent CC: 01-010754-DP

JOSE LUIS LOPEZ,
      Defendant-Appellee,

and

CHRISTOPHER ERIN ELLIS,
      Intervening Party-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007                                          _____
                                                          Clerk

p0723